UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH L. STRICKLAND,

    Petitioner,

v.                              Case No. 5:14cv84/RS/CJK

N. C. ENGLISH,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court upon petitioner's motion for voluntary dismissal (doc. 19) of his petition for writ of habeas corpus (doc. 1). Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1.    That the motion for voluntary dismissal (doc. 19) be GRANTED and this cause be DISMISSED WITHOUT PREJUDICE.

2.    That all pending motions are DENIED AS MOOT.

3.    That the clerk be directed to close the file.

At Pensacola, Florida, this 27th day of October, 2014.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).