IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JOSEPH L. STRICKLAND,**

      **Petitioner,**

v.                                   **CASE NO. 5:14-cv-84-RS-CJK**

**N.C. ENGLISH,**

      **Respondent.**

_____/

## **ORDER**

Before me is the October 27, 2014, Magistrate Judge's Report and Recommendation (Doc. 20). To date, no objections have been filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested in the motion for voluntary dismissal (doc. 19) is **GRANTED** and this case is **DISMISSED without prejudice**.

3. All pending motions are **DENIED as moot**.

4. The clerk is directed to close the file.

**ORDERED** on November 26, 2014.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**